# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr267

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) ) vs. ) ) ) DERRICK LEWIS, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's First Motion to Continue Docket Call [Doc. 13].

The Defendant Derrick Lewis moves to continue the trial of this matter, which is currently scheduled for the April 14, 2008 criminal term. For grounds, the Defendant states that the parties are in the process of negotiating the final terms of a plea agreement. The Defendant further represents that the Government does not oppose his request for a continuance.

The Defendant has not stated adequate grounds for a continuance of the trial of this matter. Because the parties are in the process of negotiating the final terms of a plea agreement, however, the Court will treat the Motion as an alternative motion for the extension of the plea deadline and will allow the parties such an extension of time to file a plea agreement until April 7, 2008.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's First Motion to Continue Docket Call [Doc. 13] is **DENIED**, but the Defendant is **GRANTED** an extension of time to file a plea agreement until **April 7, 2008**.

**IT IS SO ORDERED**.

Signed: April 1, 2008

Martin Reidinger
United States District Judge